Case 2:06-cv-00052-DWA   Document 65   Filed 04/24/07   Page 1 of 1

Apr-20-2007 03:23pm  From-COZEN O'CONNOR         215-864-8022        T-628  P.002/002  F-025
Case 2:06-cv-00052-DWA   Document 64   Filed 04/22/2007   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY R. RILE and JULIA RILE, | CIVIL DIVISION |
| Plaintiffs, | Civil Action No. 06-52 |
| v. | Hon. Donetta W. Ambrose |
| ALPHA TECHNOLOGIES, INC. t/d/b/a ALPHA TECHNOLOGIES, ALPHA TECHNOLOGIES and ALPHA TECHNOLOGIES SERVICES, INC., | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R.C.P. 41(a)(1)(ii), the undersigned counsel, on behalf of their respective parties, hereby stipulate that the complaint in the above action and the above action are hereby dismissed with prejudice. This stipulation has been signed by counsel for all parties in this action.

/s/ Michael J. Bruzzese
Michael J. Bruzzese
The Bank Tower, Suite 1008
307 Fourth Avenue
Pittsburgh, PA 15222
Tel:   412-281-8676

/s/ Louis C. Alvin
Louis C. Alvin
Pa. I.D. No. 19662
11900 Frankstown Road
Suite 200
Pittsburgh, PA 15235
(412) 795-9100

Counsel for the plaintiffs

/s/ Paul K. Leary, Jr., Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Counsel for the defendants

Granted
Donetta F. Ambrose
4/24/07